# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re  
Jeffrey Couch ,

    Debtor.

Case No. 20−80077  
Chapter 13

## ORDER

This case is before the court on the following matter:

*31* – Trustee's Motion to Modify Plan Post Confirmation (B). Responses due by 01/4/2021. (McKinney, Sabrina)

It appears that notice has been given pursuant to L.B.R. 9007−1, Bankr. M.D. Ala., and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated January 19, 2021

Bess M. Parrish Creswell  
United States Bankruptcy Judge