UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re         Case No. 20−80077
Chapter 13

Jeffrey Couch ,

    Debtor.

## ORDER

This case is before the court on the following matter:

*31* − Trustee's Motion to Modify Plan Post Confirmation (B). Responses due by 01/4/2021. (McKinney, Sabrina)

It appears that notice has been given pursuant to L.B.R. 9007−1, Bankr. M.D. Ala., and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated January 19, 2021

Bess M. Parrish Creswell
United States Bankruptcy Judge

United States Bankruptcy Court

Middle District of Alabama

In re:     Case No. 20-80077-BPC

Jeffrey Couch     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-3     User: cmoore     Page 1 of 2
Date Rcvd: Jan 20, 2021     Form ID: ogr9007     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jeffrey Couch, 120 Lee Rd. 291, Smiths Station, AL 36877-3651 |
| cr | | FIRST INVESTORS SERVICING CORP., C/O CHAMBLESS MATH & CARR, PO BOX 230759, MONTGOMERY, AL 36123-0759 |
| 4379339 | + | FIRST INVESTORS SERVICING CORPORATION, C/O CHAMBLESS, MATH & CARR P.C., PO BOX 230759, MONTGOMERY, AL 36123-0759 |
| 4393202 | + | Honor Finance Company C/O Westlake Portfolio Manag, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 4372722 | | State of Alabama, 2200 Enterprise Dr., Opelika, AL 36801 |
| 4372724 | + | USAA, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4372719 | + | Email/Text: bankruptcynotices@fifsg.com | Jan 20 2021 21:29:00 | 1st Investors, 380 Interstate North Parkway, Suite 300, Atlanta, GA 30339-2222 |
| 4407310 | | Email/Text: bnc@atlasacq.com | Jan 20 2021 21:29:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 4372720 | + | Email/Text: dhrcscbu@dhr.alabama.gov | Jan 20 2021 21:29:00 | Ala. Dept. of Human Resources, PO Box 304000, Montgomery, AL 36130-4000 |
| 4410909 | + | Email/Text: bankruptcynotices@fifsg.com | Jan 20 2021 21:29:00 | First Investors Servicing Corporation, 380 Interstate North Parkway Ste 300, Atlanta, GA 30339-2222 |
| 4409950 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 20 2021 21:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4372721 | | Email/Text: bankruptcy@snapfinance.com | Jan 20 2021 21:28:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126 |
| 4372723 | + | Email/Text: bankruptcy@usauto-finance.com | Jan 20 2021 21:31:00 | US Auto, 1403 Manchester Expy, Columbus, GA 31904-6651 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Charles M. Ingrum, Jr. | on behalf of Debtor Jeffrey Couch bankruptcy@ilclawoffice.com r48342@notify.bestcase.com |
| Leonard N. Math | on behalf of Creditor FIRST INVESTORS SERVICING CORP. noticesmd@chambless-math.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 4